EDMUND G. BROWN JR.
Attorney General of the State of California
CHRISTOPHER E. KRUEGER
Senior Assistant Attorney General
DOUGLAS J. WOODS
Supervising Deputy Attorney General
KATHLEEN A. LYNCH, State Bar No. 171901
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 445-7480
 Fax:  (916) 324-8835
 Email:  Kathleen.Lynch@doj.ca.gov

Attorneys for Defendant Edmund G. Brown Jr.,
Attorney General of California, in his official capacity

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM ROE,**<br><br>                                    Plaintiff,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, Governor of California, in his official capacity, EDMUND G. BROWN JR., Attorney General of California, in his official capacity, BRIDGET FLADAGER, District Attorney of Stanislaus County, California in her official capacity, JERRY POWERS, Chief Probation Officer of Stanislaus County, California in his official capacity,**<br><br>                                    Defendants. | Case No: 1:07-CV-01382-OWW-SMS<br><br>**STIPULATION AND ORDER RE: STAY OF PROCEEDINGS**<br><br>Courtroom:       3<br>Judge:              The Honorable<br>                         Oliver W. Wanger<br>Cmplt Filed:      September 19, 2007<br>Amd Cmplt Filed: October 5, 2007 |

On November 7, 2006, the voters of California enacted Proposition 83, the Sexual Predator Punishment and Control Act ("SPPCA").  One provision of the SPPCA prohibits persons convicted of certain crimes from living within 2,000 feet of a school or park where children gather.  The first amended complaint alleges that the retroactive application of this residency restriction violates the ex post facto and due process clause of the United States

1  Constitution upon the facts presented.  Judgment was imposed and plaintiff was placed on
2  probation without incarceration after the effective date of the SPPCA for an offense that occurred
3  prior to its enactment.
4        The issue of whether the SPPCA may apply retroactively to persons who had been
5  incarcerated within the California State Penitentiary and thereafter were released upon parole
6  after enactment of the SPPCA for crimes which occurred prior to its enactment is a question of
7  California law that is currently before the California Supreme Court on the petition for habeas
8  corpus, *In re E.J.,S.P., J.S., K.T.,* case number S156933.  The Supreme Court's determination of
9  the state law retroactivity issue could obviate further litigation of some issues raised in this action
10 depending upon the nature and scope of that determination.  Therefore, the parties agree that
11 proceedings in this court may properly be deferred pending the California Supreme Court's
12 determination of an important and unsettled issue of California law.
13       Based on the foregoing, the parties stipulate and agree that this litigation is stayed until
14 thirty (30) days after the California Supreme Court's decision *In re E.J.,S.P., J.S., K.T.*, becomes
15 final as to that Court, including any intervening remand by it to a Superior Court or Court of
16 Appeal.

17 Dated:  November___, 2007        By_____
                                        Michael Rothschild
18                                      Rothschild Wishek & Sands, LLP
                                        Attorney for Plaintiff
19                                      William Roe

20 Dated:  November___, 2007        By_____
                                        Kelcie M. Gosling
21                                      Mennemeier, Glassman & Stroud, LLP
                                        Attorneys for Defendant
22                                      Arnold Schwarzenegger, Governor of
                                        California, in his official capacity
23

24 Dated:  November___, 2007        By_____
                                        Kathleen A. Lynch
25                                      Office of the Attorney General
                                        Attorneys for Defendant
26                                      Edmund G. Brown Jr.,
                                        Attorney General of California,
27                                      in his official capacity

28

STIPULATION AND [PROPOSED] ORDER                              Case No:  1:07-CV-01382-OWW-SMS
RE: STAY OF PROCEEDING

1 | Dated: November ___, 2007        By_____
                                        Dan Farrar
2                                       Attorney at Law
                                        Attorneys for Defendants
3                                       Bridget Fladager, District Attorney
                                        of Stanislaus County, California, in
4                                       her official capacity and Jerry Powers,
                                        Chief Probation Officer of Stanislaus
5                                       County, California, in his official capacity

6 | IT IS SO ORDERED.

7 | **Dated:   November 20, 2007**              **/s/ Oliver W. Wanger**
                                                UNITED STATES DISTRICT JUDGE

**STIPULATION AND [PROPOSED] ORDER**                    Case No:  1:07-CV-01382-OWW-SMS
**RE: STAY OF PROCEEDING**

3