UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ROE, | 1:07-CV-01382 OWW SMS |
| Plaintiff, | |
| v. | **ORDER DISMISSING ACTION** |
| ARNOLD SCHWARZENEGGER, ET.AL, | |
| Defendant. | |

Pursuant to the unopposed request for dismissal filed pursuant to the death of the plaintiff,

IT IS HEREBY ORDERED that this matter is dismissed without prejudice.

DATED: 6-30-09

UNITED STATES DISTRICT JUDGE

1